KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California Bar No. 219246
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6235
Facsimile: (619) 557-5004
Email: carol.lee@usdoj.gov




Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Petitioner,
v.
SEBASTIAN JUAREZ,
Respondent.

Civil '08 CV 0502 IEG CAB

DECLARATION OF REVENUE OFFICER S. SILVERMAN

I, S. Silverman, a Revenue Officer herein, declare:

1. At all times mentioned herein, I was a duly commissioned Revenue Officer employed in the California Area, Long Beach Territory 1, Group 15, of the Small Business/Self-Employed Division of the Internal Revenue Service with a post of duty at San Diego, California.

2. In my capacity as a Revenue Officer, I am conducting an investigation of Sebastian Juarez ("Respondent") to determine his ability to pay the income tax liability assessed against him for the tax years 1999, 2000, 2003, and 2004.

3. In furtherance of the investigation and in accordance with 26 U.S.C. § 7602, on June 27, 2006, I issued an administrative summons, Internal Revenue Service Form 6637, to the Respondent,

CR

regarding collection of his assessed income tax liability for the tax years 1999, 2000, 2003 and 2004, and calling him to appear before the Internal Revenue Service to give testimony and to produce for examination the documents and records described in the summons. A copy of the summons ("Collection Summons") is attached to this Declaration as Exhibit A.

4. On June 28, 2006, in accordance with 26 U.S.C. § 7603, I served an attested duplicate original copy of the IRS summons on Respondent, by handing it to the Respondent. A copy of the Certificate of Service of Summons is attached to this Declaration as Exhibit B.

5. The summons called for the Respondent to appear before me on July 13, 2006. On July 12, 2006, the day before his required appearance, Respondent contacted me and requested that the summons appearance date be rescheduled to July 20, 2006, to which I agreed. Later, the Respondent requested that the summons appearance date be again rescheduled to July 21, 2006, to which I agreed.

6. On July 21, 2006, Respondent appeared in my office, however, he refused to give any testimony, and he failed to produce the documents, records, and other information described in the summons.

7. On August 29, 2006 and September 8, 2006, I spoke to the Respondent by telephone and requested that he provide me with the documents, records, and other information described in the summons; however, the Respondent failed to do so.

8. On October 6, 2006, attorney Mindy S. Meigs of the Office of Chief Counsel, Internal Revenue Service, sent a letter to the Respondent providing him with another opportunity to comply with the

summons and directing him to appear before me on October 26, 2006, at 11:00 a.m. at 880 Front Street, Room 3293, in San Diego, California.

9. On October 26, 2006, the Respondent did not appear before me, and he did not otherwise produce the documents, records, and other information described in the summons.

10. On December 19, 2006, I left a telephone message for Respondent requesting that he contact me as soon as possible regarding the summons. On January 3, 2007, I received a telephone message from Respondent. I returned his call on January 3, 2007 and scheduled a meeting with him in my office on January 5, 2007. I requested that he bring all the documents, records, and information requested in the summons. On January 5, 2007, Respondent contacted me by telephone and informed me that he would not be able to meet with me as scheduled. The meeting was rescheduled to January 9, 2007, however, Respondent did not attend the January 9, 2007 meeting, did not contact me to reschedule the meeting, and did not otherwise provide me with the documents, records, and other information described in the summons.

11. On March 2, 2007, I scheduled a meeting with Respondent for March 7, 2007, and requested that he bring with him to the meeting all the documents, records, and information requested in the summons. Unfortunately, I had to cancel the March 7, 2007 meeting due to illness. On March 7, 2007, a representative of my office left a telephone message for Respondent informing him that the appointment would have to be rescheduled. On March 8, 2007, I left a telephone message for Respondent and requested that he meet with me on March 9, 2007. Respondent did not return the telephone call and did not meet with me on March 9, 2007.

12. On April 24, 2007, I received a telephone call from Respondent asking that I meet with him that day. Because I was unable to meet that day, I scheduled a meeting for May 1, 2006, and again requested he provide me with all the documents, records, and information requested in the summons. On May 1, 2007, Respondent did not attend the meeting, did not reschedule the meeting, and did not otherwise provide me with any of the documents, records, and information requested in the summons. In fact, on that day, Respondent left me a voice mail message saying that he needed more time and I have not heard from Respondent since.

13. The testimony, books, papers, records, and other data sought by the summons are not in the possession of the Internal Revenue Service with the exception of the bank statements called for in the summons. The bank statements were obtained from third-party record keepers.

14. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

15. It is necessary to obtain the testimony and to examine the books, papers, records, and other data sought by the Collection Summons, Exhibit A, in order to determine the collectibility of the Respondent's income tax liabilities for the tax years 1999, 2000, 2003 and 2004.

//

16. There is no Department of Justice referral in effect with respect to Respondent.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March, 2008.

S. Silverman

S. SILVERMAN
Revenue Officer
Internal Revenue Service