```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROL M. LEE
    California State Bar No. 219246
 3  Office of the U.S. Attorney
    880 Front Street, Room 6293
 4  San Diego, CA 92101-8893
    Telephone: (619) 557-6235
 5
    Attorneys for Petitioner
 6
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08cv0502 IEG (CAB) |
|---|---|
| Petitioner, | ) |
| v. | ) DECLARATION OF SERVICE |
| SEBASTIAN JUAREZ, | ) |
| Respondent. | ) |

I, S. Silverman, an employee of the Internal Revenue Service, hereby attest that on _April 17, 2008_ I personally, served Respondent _Sebastian Juarez_ with a copy of the Court's Order to Show Cause Re: Enforcement of an Internal Revenue Service Summons, and the government's Petition To Enforce Internal Revenue Service Summons and the attached Declaration and Exhibit.

Service was made by handing a copy of the aforementoned documents to the Respondent at

_3622 Crown Point Drive San Diego Ca 92109_
(specify where Respondent was located).

Dated: _April 22, 2008_        _S. Silverman_
                               (Signature of Service Processor

CML:TAX:DECL.IRS