```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROL M. LEE
    Assistant U.S. Attorney
 3  California Bar No. 219246
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone:  (619) 557-6235
    Facsimile:   (619) 557-5004
 6  Email:  carol.lee@usdoj.gov

 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN JUAREZ,             )  | Case No. 08cv0502-IEG (CAB) |
|                                              ) | |
|          Plaintiff,                      ) | NOTICE OF APPEARANCE |
|                                              ) | |
|     v.                                    ) | |
|                                              ) | |
| UNITED STATES OF AMERICA, ) | |
|                                              ) | |
|          Defendant.                  ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for Defendant in the above-captioned case.  I certify that I am admitted to practice in this Court or authorized to practice under Civ. L.R 83.3.c.3-4.

The following government attorney (who is admitted to practice in this court or authorized to practice under Civ. L.R 83.3.c.3-4), should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

    Carol M. Lee       Tel: 619-557-6235     Email: carol.lee@usdoj.gov

Please feel free to contact me should you have any questions regarding this notice.

DATED: May 21, 2008                  Respectfully submitted,

                                                         KAREN P. HEWITT
                                                         United States Attorney

                                                          s/ Carol M. Lee

                                                          _____
                                                          CAROL M. LEE
                                                          Assistant United States Attorney
                                                          Attorneys for Defendant
                                                          Email: carol.lee@usdoj.gov