1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08CV0502IEG |
| | ) | |
| Petitioner, | ) | ORDER ENFORCING INTERNAL |
| | ) | REVENUE SUMMONS |
| v. | ) | |
| | ) | |
| SEBASTIAN JUAREZ, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The hearing upon the Petition To Enforce Internal Revenue Service (IRS) Summons filed by the IRS was held on May 28, 2008, at 10:30 a.m., before the Honorable Irma E. Gonzalez . The IRS was represented by Assistant United States Attorney Carol M. Lee. Respondent appeared pro se but did not file any responsive pleadings.

After review of the pleadings filed by the IRS and argument of the parties, and based upon the Court's oral ruling at the hearing, which is incorporated herein by reference,

IT IS ORDERED that Respondent, Sebastian Juarez, provide the information sought by the IRS in its two summonses issued May 28, 2008, and June 27, 2006. Respondent has shown no reason why

the summonses should not be enforced and it is apparent from the petition that the summons was issued in compliance with applicable law. Respondent is to comply with the summons by **June 30, 2008**. If Respondent does not comply as ordered herein, he will be subject to being held in contempt of court and incarcerated.

    IT IS SO ORDERED.

**DATED: May 28, 2008**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**