UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cv0502 IEG (CAB) |
| ) | |
| Petitioner, ) | ORDER GRANTING JOINT MOTION FOR |
| ) | EXTENSION OF TIME FOR |
| v. ) | RESPONDENT'S COMPLIANCE WITH |
| ) | THIS COURT'S MAY 28, 2008 ORDER |
| SEBASTIAN JUAREZ, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Having considered the parties JOINT MOTION FOR EXTENSION OF TIME FOR COMPLIANCE WITH THIS COURT'S MAY 28, 2008 ORDER, and for good cause shown, **IT IS HEREBY ORDERED** the Joint Motion is **GRANTED**. **IT IS FURTHER ORDERED** that on or before **July 30, 2008,** Respondent is directed to appear before Revenue Agent Steve Silverman or designee, at 9:00 a.m., at the offices of the Internal Revenue Service located at 880 Front Street, Suite 3255, San Diego, California, and to produce the documents and give testimony as directed in the summonses.

**IT IS SO ORDERED.**

**DATED: July 9, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**