1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7157
   Facsimile: (619) 557-5004
6
   Attorneys for the Petitioner
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  Case No. 08cv 0502-IEG (CAB)
                                  )
11         Petitioner,             )  JOINT MOTION TO DISMISS AS MOOT
                                  )  PETITION TO ENFORCE IRS SUMMONS
12    v.                          )
                                  )  [Fed. R. Civ. P. 41(a)(1)]
13 SEBASTIAN JUAREZ,              )
                                  )
14         Respondent.            )
                                  )
15

16         COME NOW THE PARTIES, Petitioner United States of America by and through counsel,

17 Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States Attorney, and

18 Respondent Sebastian Juarez, by and through counsel, Chris Rusch, and hereby jointly move this Court

19 to dismiss this action without prejudice. The parties have resolved the matters alleged in the Petition

20 to Enforce Internal Revenue Summons ("IRS") filed by the United States on March 18, 2008 and as

21 required by this Court's Order Granting Petition to Enforce on May 28, 2008. Respondent has complied

22 with the issued IRS Summons and this Court's Order. Accordingly, the parties agreed that the above-

23 captioned case should be dismissed in its entirety without prejudice. It was further agreed that each

24 party will bear its own attorneys' fees and costs of the suit.

25         Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing

26 the action without prejudice.

27 ///

28 ///

|   |   |   |
|---|---|---|
| 1 | Dated: August 11, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | KAREN P. HEWITT<br>United States Attorney |
| 4 | | s/ Raven M. Norris<br>RAVEN M. NORRIS |
| 5 | | Assistant U.S. Attorney<br>Attorneys for Petitioner |
| 6 | | Email: Raven.Norris@usdoj.gov |
| 7 | Dated: August 11, 2008 | |
| 8 | | CHRIS RUSCH<br>Attorney for Respondent |

10  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
11  of the United States District Court for the Southern District of California, I certify that the content of
12  this document is acceptable to counsel for the Respondent and that opposing counsel has signed the
13  original of this document, and that I have a faxed copy of said signed original document on file.

14  DATED: August 11, 2008       KAREN P. HEWITT
                                 United States Attorney

16                               s/Raven M. Norris
                                 Assistant U. S. Attorney
                                 Attorney for Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CV0502 IEG(CAB) |
| Petitioner, | CERTIFICATE OF SERVICE |
| v. | |
| SEBASTIAN JUAREZ, | |
| Respondent. | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Extend on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Chris Rusch
Attorney at Law
406 Ninth Avenue, Suite 304
San Diego, CA 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008

s/ Raven M. Norris
RAVEN M. NORRIS