UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>  v.<br><br>SEBASTIAN JUAREZ,<br><br>        Respondent. | Case No. 08cv0502-IEG (CAB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS PETITION TO ENFORCE IRS SUMMONS AS MOOT<br><br>[Fed. R. Civ. P. 41(a)(1)] |

Having considered the parties' Joint Motion to Dismiss Complaint as moot pursuant to Fed. R. Civ. P. 41(a)(1) and finding the joint motion meritorious, the Court GRANTS the motion and hereby DISMISSES Petitioner's Petition to Enforce IRS Summons.

**It is so ordered.**

**DATED: August 12, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**